UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>1429 4th Street, Bakersfield, California. | No. 5:14-SW-00015 JLT<br><br>ORDER<br><br>(Doc. 5) |

For good cause shown, IT IS HEREBY ORDERED THAT:

The search warrant, search warrant application, and supporting affidavit in the above-captioned matter be unsealed.

IT IS SO ORDERED.

   Dated:   **March 27, 2014**          **/s/ Jennifer L. Thurston**
                                                                                                  UNITED STATES MAGISTRATE JUDGE